IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL B. SPARR

Criminal Action No. 95-cr-00030-DBS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN STAIGHT,

Defendant.

## ORDER

ORDER ENTERED BY U.S. JUDGE DANIEL B. SPARR

Defendant has confessed to Count One in the Petition and all other Counts are hereby dismissed. Sentencing in this matter shall be continued for a period of nine months. Defendant is to be released from custody forthwith. Defendant shall continue to work closely with and follow the directives of his probation officer during this nine month period. Defendant shall refrain from any alcohol and/or drug use during this nine month period. The probation department is directed to provide the Court with thirty day reports on the defendant's progress until otherwise advised.

Dated this 26th day of January, 2006, *nunc pro tunc* as of January 18, 2006.

BY THE COURT:

Daniel B. Sparr
United States District Court Judge