**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 95-cr-00030-DBS-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN STAIGHT

    Defendant.

---

**ORDER VACATING VIOLATION HEARING**

---

    THIS MATTER is before the Court on the report of the probation officer concerning the defendant's adjustment to supervision following the supervised release violation hearing on January 18, 2006, and the defendant now being in full compliance of his supervision. Accordingly, it is

    ORDERED that the supervised release violation hearing scheduled for October 19, 2006, is vacated.

    DATED at Denver, Colorado, this _12_ day of October, 2006.

                                   BY THE COURT:

                                   RICHARD P. MATSCH
                                   Senior District Judge